USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARMAINE DM COOKE,

                Plaintiff,

      - against -

ORANGE & ROCKLAND UTILITIES, ET AL,

                Defendants.
-------------------------------------------------------------X

24-CV-5315 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By letter dated December 21, 2024, Plaintiff requests an adjournment of the initial pretrial conference, and indicates that Defendants have consented. The Court grants this request. However, Plaintiff should expect that the re-scheduled conference will go forward as scheduled. As the Court will be holding the conference by telephone, there should be no impediment to Plaintiff's participation. And while the Court appreciates Plaintiff's desire to retain an attorney, the litigation must proceed whether or not Plaintiff is represented. The Court reminds Plaintiff that she may contact the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center to inquire about legal assistance. The clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 6, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is directed to mail a copy of this report and recommendation to Petitioner and note service on the docket.