```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :       24-CV-5316 (PAE) (RWL)
               - against -                                  :
                                                            :
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC., ET AL.,                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :       24-CV-5315 (PAE) (RWL)
               - against -                                  :
                                                            :
ORANGE & ROCKLAND UTILITIES, INC.,                          :       ORDER
ET AL.,                                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 16, 2025, Plaintiff filed letters in 24-CV-5315 (Dkt. 21) and 24-CV-5316 (Dkt. 27), which are now consolidated under 24-CV-5315, requesting approval of additional summonses, some or all of which are to be directed to present and/or former employees or officers of Defendant Con Edison. By February 11, 2025, Defendant Con Edison shall file a response to Plaintiff's request.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2025
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470