UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHARMAINE COOKE,

                    Plaintiff,

         - against -

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., ET AL.,

                 Defendants.

24-CV-5316 (PAE) (RWL)

---------------------------------------------------------------X

CHARMAINE COOKE,

                    Plaintiff,

         - against -

ORANGE & ROCKLAND UTILITIES, INC.,
ET AL.,

                 Defendants.

24-CV-5315 (PAE) (RWL)

**ORDER**

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       On February 17, 2025, Defendants ("ConEd") in 24-cv-5315 (consolidated with 24-cv-5316) filed a motion to dismiss the amended complaint. Plaintiff Cooke shall file her response by March 31, 2025. ConEd's reply, if any, shall be filed by April 21, 2025.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2025
        New York, New York


The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470