```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHARMAINE COOKE,                                             :
                                                             :
                        Plaintiff,                           :
                                                             :   24-CV-5316 (PAE) (RWL)
            - against -                                      :
                                                             :
CONSOLIDATED EDISON COMPANY OF                               :
NEW YORK, INC., ET AL.,                                      :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------X
                                                             :
CHARMAINE COOKE,                                             :
                                                             :
                        Plaintiff,                           :
                                                             :   24-CV-5315 (PAE) (RWL)
            - against -                                      :
                                                             :
ORANGE & ROCKLAND UTILITIES, INC.,                           :        ORDER
ET AL.,                                                      :
                                                             :
                        Defendants.                          :
                                                             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the initial pretrial conference held on February 26, 2025:

1. ConEd's request to stay discovery pending decision on its motion to dismiss is GRANTED. Accordingly, all discovery is stayed until after the Court's decision on ConEd's motion to dismiss.

2. Ms. Cooke's request for an extension of time to meet and confer and submit a case management plan is GRANTED. Accordingly, the parties shall meet and confer and submit their proposed case management plan (or plans) by March 28, 2025.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 26, 2025
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470