```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                                Plaintiff,                  :
                                                            :   24-CV-5316 (PAE) (RWL)
                - against -                                 :
                                                            :
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC., ET AL.,                                     :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                                Plaintiff,                  :
                                                            :   24-CV-5315 (PAE) (RWL)
                - against -                                 :
                                                            :
ORANGE & ROCKLAND UTILITIES, INC.,                          :   ORDER
ET AL.,                                                     :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 17, 2025, Defendants filed a motion to dismiss the Amended Complaint. (*See* 24-CV-5315, Dkts. 27-28.) The Court then issued an order requiring Plaintiff's response to be filed by March 31, 2025, and Defendants' reply to be filed by April 21, 2025. (24-CV-5315, Dkt. 29.) On March 10, 2025, Plaintiff filed objections to certain orders of the Court and also requested the opportunity to further amend the Amended Complaint to name, and include allegations as to, certain specific individuals. Accordingly,

1

1.      Plaintiff's motion to file a Second Amended Complaint is granted. Plaintiff shall file her Second Amended Complaint by **April 16, 2025**. In addition to the other amendments Plaintiff has proposed making, Plaintiff shall include any allegations she believes are required to address concerns raised by Defendants in their currently pending motion to dismiss with which Plaintiff has been served. Plaintiff will not be given another opportunity to amend to address those issues.

2.      By **May 15, 2025**, Defendants shall file either (a) a new motion to dismiss, or (b) an answer to the Second Amended Complaint, or (c) a statement that Defendants stand on their currently filed motion, filed on February 17, 2025, to dismiss as a basis to dismiss the Second Amended Complaint.

In the event that Defendants either file a new motion to dismiss the Second Amended Complaint or a statement that Defendants stand on their currently filed motion to dismiss as a basis to dismiss the Second Amended Complaint, then Plaintiff shall file her opposition to the motion to dismiss by **June 18, 2025**, and Defendants shall file a reply, if any, by **July 9, 2025**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 13, 2025
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470