UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                       Plaintiff,                         :
                                                            :    24-CV-5316 (PAE) (RWL)
         - against -                                    :
                                                            :
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC., ET AL.,                                     :
                                                            :
                       Defendants.                        :
                                                            :
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                       Plaintiff,                         :
                                                            :    24-CV-5315 (PAE) (RWL)
         - against -                                    :
                                                            :
ORANGE & ROCKLAND UTILITIES, INC.,                          :    **ORDER**
ET AL.,                                                     :
                                                            :
                       Defendants.                        :
                                                            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court has reviewed the parties' proposed civil case management plan and scheduling order at 24-CV-5315 Dkt. 44. A threshold issue presented therein is whether discovery should proceed or be stayed pending decision on Defendants' motion to dismiss. (*See* Dkt. 44 at 8(h).) The motion to dismiss, if granted, would dispose of the entirety of Plaintiff's claim. As previously ordered, Plaintiff is due to file her Second Amended Complaint by April 16, 2025; and, by May 15, 2025, Defendants will either stand on their already-filed motion to dismiss, or file a new motion to dismiss, or answer the amended pleading. (*See* Dkt. 43.) Considering the posture of the case, the breadth of

1

discovery sought by Plaintiff, and the pendency and scope of the motion to dismiss, the Court finds that discovery should be stayed pending filing of the Second Amended Complaint and Defendants' motion to dismiss (or, answer, if Defendants do not renew their motion).  Accordingly, discovery is stayed until further order of the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2025
        New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470