```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHARMAINE COOKE,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :   24-CV-5316 (PAE) (RWL)
               - against -                                   :
                                                             :
CONSOLIDATED EDISON COMPANY OF                               :
NEW YORK, INC., ET AL.,                                      :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
                                                             :
CHARMAINE COOKE,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :   24-CV-5315 (PAE) (RWL)
               - against -                                   :
                                                             :
ORANGE & ROCKLAND UTILITIES, INC.,                           :         ORDER
ET AL.,                                                      :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's request at Dkt. 46 in 24-CV-5315 for a 35-day extension of time to file a Second Amended Complaint is granted. Accordingly, Plaintiff shall file her Second Amended Complaint no later than May 21, 2025. By June 20, 2025, Defendants shall file either (a) a new motion to dismiss, or (b) an answer to the Second Amended Complaint, or (c) a statement that Defendants stand on their currently filed motion, filed on February 17, 2025, to dismiss as a basis to dismiss the Second Amended Complaint. In the event that Defendants either file a new motion to dismiss the Second Amended Complaint or a statement that Defendants stand on their currently filed motion to dismiss as a basis to

2

dismiss the Second Amended Complaint, then Plaintiff shall file her opposition to the motion to dismiss by July 23, 2025, and Defendants shall file a reply, if any, by August 14, 2025.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 46 in 24-CV-5315 and Dkt. 51 in 24-CV-5316.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2025
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470