```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :   24-CV-5316 (PAE) (RWL)
              - against -                                   :
                                                            :
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC., ET AL.,                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :   24-CV-5315 (PAE) (RWL)
              - against -                                   :
                                                            :
ORANGE & ROCKLAND UTILITIES, INC.,                          :        ORDER
ET AL.,                                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the concerns raised by Plaintiff in her filing date June 26, 2025, concerning accommodations.

1. **Filing:** Plaintiff may file documents in each case by emailing them to the Pro Se Intake Unit at ProSe@nysd.uscourts.gov. Plaintiff may also send documents by regular email. Either way, the Pro Se Intake Unit will upload Plaintiff's filings to the Court's electronic case filing system promptly in due course as it does with all such filings.

1

2. **Appearances:** In most instances where an appearance is required, the Court will allow Plaintiff to appear virtually, provided that she has the means to do so, as it has to date.

3. **Deadlines:** The Court has taken Plaintiff's asserted disabilities into concern at all times, and has generously granted multiple extensions with respect to assorted deadlines. The Court will continue to do so when warranted. However, the Court cannot grant extensions indefinitely; plaintiffs are responsible for advancing their cases. Plaintiff has demonstrated ample ability to write and submit substantial letters and pleadings.

4. **Attorney:** Plaintiff has had the opportunity to seek out legal services for more than a year (as well as any time prior to when she filed her complaints), and the Court has supplied Plaintiff with contact information for legal services. If Plaintiff's claims survive Defendants' pending motion to dismiss, the Court will consider a request for appointment of pro bono counsel. It is important to note that even when a request for pro bono counsel is made by the Court, there is no guarantee that an attorney will volunteer to take the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2025
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470

2