UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHARMAINE COOKE,

                Plaintiff,

        - against -                      24-CV-5316 (PAE) (RWL)

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., ET AL.,

                Defendants.

------------------------------------------------------------X

CHARMAINE COOKE,

                Plaintiff,

        - against -                      24-CV-5315 (PAE) (RWL)

ORANGE & ROCKLAND UTILITIES, INC.,               **ORDER**
ET AL.,

                Defendants.

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants filed their anticipated motion to dismiss the Second Amended Complaint on July 21, 2025. The Court hereby sua sponte extends Plaintiff's time to file opposing papers to September 2, 2025.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2025
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470