```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                    Plaintiff,                              :
                                                            :   24-CV-5316 (PAE) (RWL)
            - against -                                     :
                                                            :
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC., ET AL.,                                     :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                    Plaintiff,                              :
                                                            :   24-CV-5315 (PAE) (RWL)
            - against -                                     :
                                                            :
ORANGE & ROCKLAND UTILITIES, INC.,                          :   ORDER
ET AL.,                                                     :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 18, 2025, Plaintiff filed a Notice of Motion that, liberally construed, is in effect two applications: (1) a motion for this Court to reconsider its June 30, 2025 Order denying Plaintiff's motion to file a Third Amended Complaint; and (2) an objection to this Court's June 30 Order. The Court's June 30 Order denied Plaintiff's request to file a Third Amended Complaint. (*See* 24-CV-5315 at Dkt. 58, and 24-CV-5316 at Dkt. 63.) To the extent Plaintiff objects to that order, the objection is to be considered by the District Judge, not the undersigned. The application for reconsideration is denied as Plaintiff has not

1

identified any fact or proposition of law overlooked by this Court, any error, or any new factual or legal development that would warrant reconsideration.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 61 in 24-CV-5315 and Dkt. 66 in 24-CV-5316.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2025
      New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470

2