UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
CHARMAINE COOKE, :
:
Plaintiff, :
: 24-CV-5316 (PAE) (RWL)
- against - :
:
CONSOLIDATED EDISON COMPANY OF :
NEW YORK, INC., ET AL., :
:
Defendants. :
:
---------------------------------------------------------------X
:
CHARMAINE COOKE, :
:
Plaintiff, :
: 24-CV-5315 (PAE) (RWL)
- against - :
:
ORANGE & ROCKLAND UTILITIES, INC., : **ORDER**
ET AL., :
:
Defendants. :
:
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses issues raised by Plaintiff in certain recent correspondence. (*See* 24-CV-3516, Dkts. 92-93.)

1.      The Court is pleased to hear that Plaintiff has obtained assistance from the New York City Bar Justice Center (the "Center"). Plaintiff requests the Court to "appoint/grant an order for" the Center to represent her. (24-CV-3516, Dkt. 92 at ECF 1.) That request is inapt; it is up to the Center whether it will agree to appear as counsel. (*See id*. at ECF 3 (the Center's Limited Scope Legal Assistance Retainer Agreement).)

1

The Center may elect to do so, but the Court cannot order it to do so. Accordingly, the request is denied.

2. Plaintiff observes that her motion dated October 10, 2025 was stamped received by the Pro Se Office on October 14, 2025, but has not been docketed. (Dkt. 93.) The motion was, however, docketed in consolidated case 24-CV-3515 at Dkt. 87. That case (24-CV-3515) is the lead case of the two consolidated cases, and it is sufficient that filings be made in that case and not in 24-CV-3516. *See* 24-CV-3515 Dkt. 22 (order consolidating cases and directing that all filings in either case be filed under 24-CV-3515).

The Clerk of Court is also respectfully directed to terminate the letter motions at Dkts. 92 and 93 in 24-CV-3516.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 3, 2025
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470