UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHARMAINE COOKE,                                             :
                                                             :
                                  Plaintiff,                 :
                                                             :        24-CV-5316 (PAE) (RWL)
                    - against -                              :
                                                             :
CONSOLIDATED EDISON COMPANY OF                               :
NEW YORK, INC., ET AL.,                                      :
                                                             :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------X
                                                             :
CHARMAINE COOKE,                                             :
                                                             :
                                  Plaintiff,                 :
                                                             :        24-CV-5315 (PAE) (RWL)
                    - against -                              :
                                                             :
ORANGE & ROCKLAND UTILITIES, INC.,                           :        **ORDER**
ET AL.,                                                      :
                                                             :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In its December 2, 2025 order at 24-CV-5315 Dkt. 96, and at 24-CV-5316 Dkt. 99, the Court directed the Clerk to terminate the letter motion at Dkt. 77. That motion already had been terminated in both cases. The Order should have, and hereby is supplemented, to note that the letter motion to be terminated was 24-CV-5315 Dkt. 93, and 24-CV-5316 Dkt. 97, both entries for which have been terminated.

1

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2025
        New York, New York


The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470