UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARMAINE COOKE,

                   Plaintiff,

        - against -

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., ET AL.,

               Defendants.

-----------------------------------------------------------------X

CHARMAINE COOKE,

                   Plaintiff,

        - against -

ORANGE & ROCKLAND UTILITIES, INC.,
ET AL.,

               Defendants.

-----------------------------------------------------------------X

24-CV-5316 (PAE) (RWL)

24-CV-5315 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's motion at 24-CV-5315 (Dkt. 95) and 24-CV-5316 (Dkt. 98) requesting approval for issuance of a subpoenas "if needed" for documents from Defendants to produce "all requests and authorizations to obtained in order for Defendants to request and obtain a 'certified' copy of plaintiff's protected work." Because Defendants are parties to the litigation, no subpoena is required. A request for documents is sufficient. Further, by letter dated December 3, 2025, Defendants indicated that they have provided Plaintiff with their correspondence with the Copyright Office requesting the

certified copyright at issue. The motion is therefore denied as moot. However, Defendants retain their right to assert objections regardless.

The Clerk of Court is respectfully directed to terminate the letter motions at 24-CV-5315 (Dkt. 95) and 24-CV-5316 (Dkt. 98).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2025
        New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470

2