UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                   :
CHARMAINE COOKE,                                   :
                                                   :
                              Plaintiff,           :
                                                   :        24-CV-5316 (PAE) (RWL)
              - against -                           :
                                                   :
CONSOLIDATED EDISON COMPANY OF                     :
NEW YORK, INC., ET AL.,                             :
                                                   :
                              Defendants.          :
                                                   :
--------------------------------------------------------------X
                                                   :
CHARMAINE COOKE,                                   :
                                                   :
                              Plaintiff,           :
                                                   :        24-CV-5315 (PAE) (RWL)
              - against -                           :
                                                   :
ORANGE & ROCKLAND UTILITIES, INC.,                 :        **ORDER**
ET AL.,                                             :
                                                   :
                              Defendants.          :
                                                   :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's filings at Dkts. 100-104 in 24-CV-5315 and the parallel filings in 24-CV-5316. The Court will cite only 24-CV-5315 entries as these cases are consolidated; the Court's ruling, however, applies to both cases.

1.     Plaintiff asks for a copy of whatever "authorization" Defendants received to request and obtain a certified copy of Plaintiff's copyrighted work from the U.S. Copyright Office. (*See* Dkt. 100.) No authorization is or was required to do so. Accordingly, the request is denied.

1

2.　　Plaintiff requests that the Court stay or hold in abeyance its decision on Plaintiff's fifth request for an extension to respond to Defendants' motion to dismiss. (*See* Dkt. 103.)  That request is moot inasmuch as the Court already issued its decision at Dkt. 96.　Regardless, the arguments presented by Plaintiff are duplicative of arguments previously made, and to the extent they add anything new, they do not provide any reason for a different outcome.[1]

3.　　Plaintiff requests access to certain docket entries that were entered on a restricted basis.  There is no reason why those entries need be restricted.  Accordingly, the **Clerk of Court is respectfully directed** to remove the restricted access for Dkt. 92 (filed by Plaintiff, and entered on November 20, 2025) as well as the November 17, 2025 entry that terminated a motion.

4.　　To the extent not discussed herein, the Court has considered Plaintiff's arguments and requests for relief set forth in Dkts. 100-104 and finds them to be either moot or without merit.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 5, 2025
　　　New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

---

[1] Plaintiff's request to stay or for abeyance was docketed on December 1, 2025.  The Court's decision and order denying Plaintiff's request for a fifth extension was docketed December 2, 2025.  The Court, however, had already signed and issued its decision by the time the Court was presented with Plaintiff's December 1 filing.

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470