Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

_Time is of the essence!!_
_ECF Motion_

Charmaine DM Cooke

Write the full name of each plaintiff or petitioner _pro se_

-against- Orange & Rockland Utilities, Inc. et al. Consolidated Edison Company of New York, Inc. et al

Write the full name of each defendant or respondent.

Case No. 24 CV 5315 (PAE)(RWL)

Letter re: 30 days extension to file v.from 1/20/26 objection to Report Recommendation for Motion to dismiss 1/6/26. Defendants Consented 1/15/26.

Dear Hon. Paul A Engelmayer,
This is my first request for extension of time to file my objection to Report & Recommendation dated 1/6/2026 by Hon. Robert W. Lehrburger. Defendants have Consented to the extension. The reason for my request are: Conflicting Court date 01/20/2026. The report was received by US mail on 1/12/26 at 7pm. Plaintiff is still awaiting her certified copy from

01/15/2026
Date

Charmaine Cooke Cdisabled
Name

834 Penfield Street #4H
Address

BX
City

Signature

N/a
Prison Identification # (if available)

NY
State

10470
Zip Code

(914) 803-6844
Telephone Number (if available)

CookeCeeoce@gmail.com
E-mail Address (if available)

_Exhibits A, B, C_

24cv5315

US Copyright office of "MSOL Research Project 2012 Becoming A Transformational Leader chairman Dm Cooke 2011 to 2012" paid for on 12/21/2025 arising from communication 11/3/2025 but delays were due to government shutdown. The office responded to my request 12/17/2025. The court is aware of plaintiff's claim that the version of the copyrighted MMSOL that the defendants filed on the dockets 24cv5315 & 24cv5316 differ from what the US copyright office approved filing by plaintiff on 9/21/2022. My certified copy is needed by the legal person who is reviewing the documents in my case and 11/2025 advised me to obtain my certified copy for verification and comparison of all versions. I do not know the copyright laws and this person has been retained to assist me around 11/2025 as I tried to meet the deadline.

Additionally, disabled plaintiff pro se

2

24-cv-5315 (PAE)(RWL)

under went surgery on 12/16/2025 on her right shoulder and recovery is on or around February 16, 2026 subject to review. Plaintiff's dominant hand is right and carpal tunnel and nerve damage is present in both hands. Plaintiff has to reschedule carpal tunnel surgery for each hand. Plaintiff is still wearing prescribed surgical sling and dealing with side effects of Percocate pain killers. The court is also aware of plaintiff's P.T.S.D diagnosis which has not been resolved. In light I am requesting 30 days extension to submit my objection to Hon. Robert W. Lehrburger's report 1/6/26. Thank you for the court's time. See attached exhibits. I affirm this 15th day of JANUARY 2026, under the penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Charmaine DM Cooke

from 1/20/26
Please add Glen's fax/email to ...

3

GRANTED IN PART AND DENIED IN PART.

*Pro se* plaintiff's deadline to submit objections to the Report and Recommendation, Dkt. 107, is extended to **February 10, 2026**. Defendants' deadline to file any response to plaintiff's objections is February 24, 2026. No further extensions will be granted.

The Clerk of Court is respectfully directed to mail a copy of this memo endorsement to the plaintiff at the address on file.

SO ORDERED.

Date: January 21, 2026
        New York, New York

PAUL A. ENGELMAYER
United States District Judge