UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMAINE COOKE,

                         Plaintiff,

             -v-

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                         Defendant.

---

24 Civ. 5315 (PAE) (RWL)
24 Civ. 5316 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

This order resolves *pro se* plaintiff Charmaine Cooke's motion for an additional adjournment—of approximately seven months—of her deadline to object to United States Magistrate Judge Robert W. Lehrburger's Report and Recommendation ("Report"). *See* Dkts. 114–118.

On January 6, 2026, Judge Lehrburger issued the Report. Dkt. 107. It recommended dismissal of the Second Amended Complaint, in full, for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). *Id.* at 2. It stated, *inter alia*, that any party shall have 14 days to file written objections to the Report—*i.e.*, by January 20, 2026. *Id.* at 19. It also stated: "Failure to file timely objections will result in a waiver of the right to object and will preclude appellate review." *Id.*

On January 21, 2026, the Court partly granted Cooke's request for an extension of her deadline to object to the report, adjourning such to February 10, 2026. Dkt. 111. On February 6, 2026, the Court partly granted another request by Cooke for an extension of this deadline, adjourning it to February 24, 2026. Dkt. 113. The Court noted: "No further extensions will be granted." *Id.*

On February 25, 2026, Cooke filed this request. *See* Dkts. 114–118. In it, she seeks to adjourn the deadline for more than seven months, from February 24, 2026 to September 30, 2026. She states that her request is due to, *inter alia*, past and future surgeries, her disabilities, information she expects to receive from the United States Copyright Office, and anticipated assistance from an unspecified "advocacy group." *See, e.g.*, Dkt. 117 at 1–3.

The Court denies Cooke's request for a third extension of her deadline to object to the Report. The Court accordingly deems written objections to the Report not to have been timely filed, as any such objections were due February 24, 2026. Dkt. 113. *See, e.g.*, *Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008) ("In general, failure to object timely to a magistrate's report operates as a waiver of any further judicial review of the magistrate's decision"); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992) (same); *Monroe v. Hyundai*, 372 F. App'x 147, 147–48 (2d Cir. 2010) (summary order) (same). The Court will issue a decision regarding the Report in due course.

The Clerk of Court is respectfully directed to mail a copy of this Order to Cooke at the address on file.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 2, 2026
      New York, New York

2