UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMAINE COOKE,

                     Plaintiff,

-v-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC. *et al.*,

                     Defendants.

---

CHARMAINE COOKE,

                     Plaintiff,

-v-

ORANGE & ROCKLAND UTILITIES, INC. *et al.*,

                     Defendants.

24 Civ. 5315 (PAE) (RWL)
24 Civ. 5316 (PAE) (RWL)

OPINION & ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 10 and 11, 2024, *pro se* plaintiff Charmaine Cooke initiated these consolidated actions against defendants Consolidated Edison Company of New York, Inc., Orange & Rockland Utilities, Inc., and related individuals (collectively, "ConEd" or "defendants"). 24 Civ. 5315, Dkt. 1; 24 Civ. 5316, Dkt. 1. In brief, Cooke alleges that, while employed by ConEd, she wrote a series of case studies as part of her coursework for a master's program. She claims that ConEd infringed her copyright in these when it put in place centralized customer service and the "real-time" exchange of information.

Now pending is ConEd's motion to dismiss Cooke's Second Amended Complaint ("SAC") for failure to state a claim, under Federal Rule of Civil Procedure 12(b)(6). Dkt. 59.[1] On January 6, 2026, the Honorable Robert W. Lehrburger, United States Magistrate Judge, issued a Report and Recommendation with respect to the motion. Dkt. 107 (the "Report"). The Report recommends dismissal of the SAC for failure to state a plausible claim of copyright infringement. *Id.* at 9. No party has objected to the Report.[2]

For the following reasons, the Court adopts the Report in full.

## DISCUSSION

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Ruiz v. Citibank, N.A.*, No. 10 Civ. 5950, 2014 WL 4635575, at *2 (S.D.N.Y. Aug. 19, 2014) (quoting *King v. Greiner*, No. 2 Civ. 5810, 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009)); *see also Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

As no party has submitted objections to the Report, review for clear error is appropriate. Careful review of Judge Lehrburger's thorough and well-reasoned Report reveals no facial error in its conclusions; the Report is therefore adopted in its entirety. The Report explicitly states that

---

[1] Unless other noted, this decision cites the docket entries in 24 Civ. 5315.

[2] The Report stated that any party shall have 14 days to object—*i.e.*, by January 20, 2026. Report at 19. The Court twice extended that deadline, at Cooke's request: on January 21, 2026, to February 10, 2026, Dkt. 111; and on February 6, 2026, to February 24, 2026, the latter while stating that "[n]o further extensions will be granted." Dkt. 113. On March 2, 2026, the Court denied Cooke's third extension request, in which she sought to adjourn her objection deadline by more than seven additional months (to September 30, 2026). Dkt. 119. To date, she has not filed any objections.

"[f]ailure to file timely objections will result in a waiver of the right to object and will preclude appellate review." Report at 19. The parties' failure to object thus waived appellate review. *See Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008) (citing *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (per curiam)).

**CONCLUSION**

For the foregoing reasons, the Court accepts and adopts Judge Lehrburger's Report in its entirety. The Court thus dismisses the SAC without leave to amend. The dismissal is without prejudice to Cooke's right to bring a separate lawsuit. The Court respectfully directs the Clerk of Court to mail a copy of this decision to Cooke at the address on file; terminate all pending motions; and close these consolidated cases.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: March 6, 2026
       New York, New York

3