The motion for an extension of time to file a Notice of Appeal is denied for the same reasons the Court denied the In Forma Pauperis application at Dkt. 125.

SO ORDERED:

4/17/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*Addendum 4/8/2026*

Charmaine DM Cooke

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against- orangerock

land Utilities, et al, Conso
lidated Edison Company
of New York, Inc., et al.

_____
(List the full name(s) of the defendant(s)/respondent(s).)

24 cv5315 PAE (RWL)
24 cv 5316 (PAE) (RWL)

**MOTION FOR EXTENSION
OF TIME TO FILE NOTICE
OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 3/6/2026 but did not file a notice of appeal within the required

date

time period because:

I had other court deadlines 3/13/2026 received consultation 4/4/2026 5:30 PM and steples surgery was closed on 4/5/26. Hospitalized and recovery 3/13 to 3/18, 4/1 recovery 3/9 to 3/13 2026

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.) due to holiday

04/6/2026                              cdm cooke
Dated:                                 Signature

COOKE, Charmaine DM (disabled)
Name (Last, First, MI)

834 Penfield Street #4H   BK NYC 04770
Address        City          State        Zip Code

(914) 803 6844          cooke ceeoccer mail.o
Telephone Number        E-mail Address (if available)

exhibit A 1 B 1 C

Rev. 12/23/13

*Addendum Received my USPS mail 4/17/26.
mailed SDNY 3/9/2026 dated 3/11/26.
Docket copy received from Fed Pro SDNY.
cdm cooke 4/9/2026