Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

ECF Motion

Charmaine DM Cooke

Write the full name of each plaintiff or petitioner. Prose

-against- Orange Rockland Utilities, Inc et al, Consolidated Edison Company of New York Inc et al.

Write the full name of each defendant or respondent.

24 cv 5316 (PAE)(RWL)
Case No. 24 cv 5315 (PAE) (RWL)

Letter re: Motion. Mail mandate 9/24/26, 08/26/2026 order to plaintiff prose. Entering SDNY dockets.

Dear USSDNY Pro Se Intake unit, & Judge Lehrburger:

Please preserve records by entering order 8/26/2026 from second circuit on my SDNY dockets, and serve it to me. The same for mandate 09/24/2026 per the SDNY rules. Thank you.

Sincerely,

Dated: 10/23/2026

Signature: cdm cooke

Name: Charmaine Cooke pro se disabled.

Prison Identification # (if available)

Address: 834 Penfield Street #4H BXNY10470

City State Zip Code

Telephone Number (if available)

E-mail Address (if available): ccooke24cv5316@gmail.com

# 1 of 2

24-cv-5315(PAE)RWL

mailing address on file. Plaintiff pro se has not consented to electronic filings.
The 09/24/2026 dkt 127 was not ordered to be mailed to pro se plaintiff per SDNY rules for mandates.
* plaintiff discovered this error after the fact.
Thank you for the courts time.

Sincerely,

cdm cooke

Charmaine Cooke 10/17/2026 23cc

* plaintiff learned of the remedy on 10/17/2026.

The Clerk of Court is respectfully directed to mail to Plaintiff a copy of the USCA Mandate at Dkt. 118. As Plaintiff observes, there is no entry in this case for a Second Circuit order dated August 26, 2025. Orders of the Second Circuit appear on its docket (appeals 26-912 and 26-966). This Court does not control the Second Circuit's docket entry system or mailing of its orders and decisions. Plaintiff may write to the Second Circuit Clerk of Court for assistance.

pge # 2 of 2

SO ORDERED:

10/27/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE