UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMAINE COOKE,

Plaintiff,

- against -

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

24-CV-5315 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter at Dkt. 138 directed to Judge Engelmayer. I am responding to the letter as the case has been referred to me for general pretrial purposes.

Plaintiff once again requests that the Court appoint pro bono counsel to represent her. The Court previously granted her request for appointment of pro bono counsel and has explained multiple times that, in civil cases, the Court will appoint counsel (in cases that qualify) if pro bono counsel volunteers to take the assignment. Unfortunately, no volunteers have come forward to represent Plaintiff during the last several months. It is still possible that one may do so.

In the meantime, however, Plaintiff must continue to represent herself pro se. Throughout this case and her other case against ConEd, Plaintiff has ably represented herself, filing substantial pleadings and motions. Plaintiff also has consulted with the New York City Bar Pro Bono clinic and may continue to do so.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 138.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff and to note mailing on the docket.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470